*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWIN K. LAY, II,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL L. FRIEDMAN,<br><br>    Defendant. | No. C 03-4408 RMW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 23) |

Good cause appearing, defendant's request for an extension of time to file a motion for summary judgment is GRANTED. Defendant shall file a dispositive motion **on or before January 30, 2009**. Plaintiff's opposition will be due **thirty days** thereafter, and defendants **shall** file a reply brief within 15 days of the date any opposition is filed by plaintiff.

This order terminates docket no. 23.

IT IS SO ORDERED.

DATED: 12/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Request for Extension of Time to File a Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.03\Lay408eot.wpd            1