***E-FILED - 3/31/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELWIN K. LAY, II, | ) | No. C 03-4408 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL L. FRIEDMAN, | ) | |
| Defendant. | ) | |

The court has granted defendant's motion for summary judgment.  Judgment is entered in favor of defendant and against plaintiff.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: __3/27/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.03\Lay408jud.wpd